# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DONNA WHITE,
    Plaintiff,

vs.

GE HEALTHCARE, INC. et al.,
    Defendants.

Case No. 1:17-cv-212
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference held on March 5, 2019. The Court hereby **ORDERS** the following:

1. Defendant shall have its consulting expert conduct a non-destructive review of the existing tissue sample and, before doing any testing or analysis, notify plaintiff and the Court of the consulting expert's findings.

2. Plaintiff's motion for extension of time to exchange a witness list and summary (Doc. 47) is **GRANTED**.[1] Plaintiff shall exchange the witness list and summary with defendant within **twenty-eight (28) days**. Thereafter, defendant is **GRANTED** an additional **twenty-eight (28) days** to respond to the witness list and summary.

3. The discovery deadline in this matter is extended an additional **thirty (30) days** until **April 4, 2019**. Defendant shall produce to plaintiff the documents that were previously produced to plaintiff's former attorney. At this time, defendant is not obligated to answer plaintiff's discovery requests, including interrogatories, requests for admission, and requests for production of documents.

---

[1] The Court notes that plaintiff propounded her discovery requests on defendant on February 25, 2019, less than 30 days before the discovery deadline of March 7, 2019 and in violation of the Court's standing order on civil procedures. However, in light of plaintiff's pro se status, the Court finds that an extension of the discovery deadline is still justified.

4. A follow-up telephone status conference is scheduled for **Monday, April 8, 2019 at 3 P.M.** Plaintiff may address any deficiencies in discovery and whether she is entitled to additional discovery at the conference.

**IT IS SO ORDERED.**

Date: 3/7/19

Karen L. Litkovitz
United States Magistrate Judge