UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA WHITE,
 Plaintiff,

vs.

GE HEALTHCARE, INC. et al.,
 Defendants.

Case No. 1:17-cv-212
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motions for extension of time to conduct Dr. Hergenrother's deposition (Doc. 57) and to file expert witness disclosures (Doc. 59), and defendants' responses in opposition (Docs. 58, 60).

In October 2018, the Court entered a Calendar Order establishing a discovery deadline of March 7, 2019 and a June 4, 2019 deadline for plaintiff to disclose expert witnesses and submit expert reports. (Doc. 41). The Court has granted plaintiff several extensions of time to conduct discovery. In light of plaintiff's pro se status and unfamiliarity with the rules, the Court granted plaintiff a 30-day extension of the discovery deadline and ordered defendants to re-produce to plaintiff the documents that were previously produced to plaintiff's former attorney following a March 7, 2019 discovery status conference. (Doc. 52). The Court held a follow-up status conference on April 8, 2019 and granted plaintiff an additional thirty days to depose the treating nephrologist who she believes has relevant information to this matter. (*Id.*).

Plaintiff now moves for an extension of time to conduct the deposition of Dr. Hergenrother, the treating nephrologist (Doc. 57) and file expert witness disclosures (Doc. 59). Plaintiff represents that she was seriously injured in a car accident. (Docs. 57, 59). Defendants object to plaintiff's motions and contend that plaintiff's repeated requests for extensions of time are prejudicial and have unduly delayed this case that has been pending for over two years.

(Docs. 58, 60). However, in light of plaintiff's injury, defendants request that the Court set a specific date by which Dr. Hergenrother's deposition must occur and the expert disclosures must be filed and grant no further extensions of time. (*Id.*).

For good cause shown and in light of plaintiff's injury, plaintiff's motions for extension of time to conduct Dr. Hergenrother's deposition and file expert witness disclosures (Docs. 57, 59) are **GRANTED**. Plaintiff shall have **sixty (60) days—until August 5, 2019—** to conduct Dr. Hergenrother's deposition and file expert witness disclosures. **No further extensions of time will be granted.**

**IT IS SO ORDERED.**

Date: 6/4/19

Karen L. Litkovitz
United States Magistrate Judge